## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PEDRO PAULINO.**<br><br>**Plaintiff,**<br><br>v.<br><br>**LAURENCE TRAUB,**<br><br><br>**Defendant.** | Case No. 23–cv–00251-ESK–EAP<br><br><br>**ORDER** |

    **THIS MATTER** having been reported settled by the parties and the Court having administratively terminated this matter for 60 days to permit the parties to file papers to terminate this matter, *see* Fed.R.Civ.P. 41(a)(1)(A)(ii) and L.Civ.R. 41.1; and the 60-day period having passed without the Court having received the papers to terminate this matter,

    **IT IS** on this 7th day of **August, 2024**  **ORDERED** that:

    1.   The Clerk of the Court shall reopen this matter and make a separate docket entry reading "Civil case reopened."

    2.   This matter is **dismissed with prejudice**, and without costs pursuant to Fed.R.Civ.P. 41(a)(2).

                                                  */s/ Edward S. Kiel*
                                                   **EDWARD S. KIEL**
                                                   **UNITED STATES DISTRICT JUDGE**